UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-01779-WJM-STV

| | |
|---|---|
| FRED NEKOUEE, individually, | : |
| Plaintiff, | : |
| vs. | : |
| DENVER WEST VILLAGE, L.P., a Delaware limited partnership; | : |
| and | : |
| SWH MIMI'S CAFE, LLC, a California limited liability company; | : |
| Defendants. | : |

## **STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT DENVER WEST VILLAGE, L.P.**

Plaintiff and Defendant DENVER WEST VILLAGE, L.P., by and through their respective counsel, hereby stipulate to the dismissal of this action against Defendant DENVER WEST VILLAGE, L.P. with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) as the parties have entered into a Settlement Agreement. Except as otherwise agreed, each such party to bear its own costs and attorney's fees.

DATE: November 13, 2020

Respectfully submitted,

*s/Robert J. Vincze*
Robert J. Vincze (CO #28399)
Law Offices of Robert J. Vincze
PO Box 792, Andover, Kansas 67002
Phone: 303-204-8207; Email: vinczelaw@att.net
*Attorney for Plaintiff Fred Nekouee*

and

1

BAKER & HOSTETLER LLP

*s/Nathan A. Schacht*
Nathan A. Schacht
1801 California Street
Suite 4400
Denver, Colorado 80202
Phone: 303-861-0600
Email: nschacht@bakerlaw.com

*Attorneys for Defendant Denver West Village, L.P.*

## CERTIFICATE OF SERVICE

    I certify that on November 13, 2020, I electronically filed the foregoing Joint Stipulation with the Clerk of the Court using the CM/ECF system.

                              s/Robert J. Vincze
                              Robert J. Vincze (CO #28399)